United States District Court
Southern District of Texas
**ENTERED**
May 01, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| THAD H. WATERS III, | § | |
| | § | |
| Plaintiff, | § | |
| | § | **CIVIL ACTION NO. 4:25-cv-02441** |
| v. | § | |
| | § | |
| WOODSIDE ENERGY (LA) | § | |
| HOLDINGS, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On April 24, 2026, the Court held a status conference to discuss the Court's subject matter jurisdiction over this action, which was removed based on complete preemption under ERISA. Having considered the matter, the Court finds that further briefing on its subject matter jurisdiction is warranted and hereby ORDERS as follows:

1.     By May 8, 2026, each party shall file a brief addressing the Court's subject matter jurisdiction, including whether complete preemption under ERISA provides a basis for federal jurisdiction.

2.     To the extent either party attaches evidence to its brief in addition to the Tellurian Inc. Employee Severance Plan effective January 1, 2022 (*see* Dkt. 14-1), the opposing party shall have until May 15, 2026 to file a response brief addressing only that additional evidence and related arguments.

SO ORDERED   May 1                  , 2026.

THE HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE